THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTIAN PIZARRO, Appellant. [748 NYS2d 59]

Contrary to the defendant's contention, the People adduced legally sufficient evidence to disprove his justification defense beyond a reasonable doubt (*see* Penal Law § 35.15 [2] [a]; *People v Contes,* 60 NY2d 620). Moreover, the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

The sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80).

The defendant's remaining contention is without merit. Ritter, J.P., Krausman, McGinity and Luciano, JJ., concur.